**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BC TECHNOLOGIES COMPANY d/b/a FINALFORMS, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:25-cv-01361 |
| v. | ) ) ) | *ELECTRONICALLY FILED* |
| BRIAN GATES, JULIA GILLIAM, and N.G., a minor, | ) ) ) | |
| Defendants. | ) ) | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and LCvR 3.13(b), the undersigned counsel for Plaintiff BC Technologies Company d/b/a FinalForms certifies: (a) there is no parent, subsidiary, or affiliate corporation of FinalForms; (b) there is no publicly held corporation that owns 10% or more of FinalForms's stock; and (c) there is no publicly held corporation or affiliate that has a substantial financial interest in the outcome of the case by reason of insurance, a franchise agreement or indemnity agreement.

Dated: July 1, 2025

Respectfully submitted,

By: */s/ Christopher P. Schueller*
Christopher P. Schueller (OH 0086170)
christopher.schueller@bipc.com
Erin J. McLaughlin (PA 202044)
(*to be admitted Pro Hac Vice*)
erin.mclaughlin@bipc.com
Nicholas J. Bell (PA 307782)
(*to be admitted Pro Hac Vice*)
nicholas.bell@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
Union Trust Building, Suite 200
501 Grant Street

Pittsburgh, PA  15219
Telephone: (412) 562-8800
Facsimile: (412) 562-1041

*Attorneys for Plaintiff, BC Technologies Company d/b/a*
*FinalForms*