**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| BC TECHNOLOGIES COMPANY d/b/a FINALFORMS, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:25-cv-01361-CEF |
| v. | ) ) ) | *ELECTRONICALLY FILED* |
| BRIAN GATES, JULIA GILLIAM, and N.G., a minor, | ) ) ) | |
| Defendants. | ) ) ) | |

**NOTICE REGARDING COURT ORDERED STATUS CONFERENCE**

Plaintiff, BC Technologies Company d/b/a FinalForms ("Plaintiff" or "FinalForms"), by and through its undersigned counsel, submits the following Notice Regarding Court Ordered Status Conference. In support thereof, Plaintiff states as follows:

1. FinalForms filed its Verified Complaint on June 30, 2025, seeking a temporary restraining order, preliminary injunction, permanent injunctive relief and monetary damages against Defendants Brian Gates, Julia Gilliam, and N.G., their minor child (collectively, "Defendants") for violations of their statutory obligations to FinalForms.

2. On July 1, 2025, this Court scheduled a Status Conference for July 3, 2025 at 10:00 AM to discuss an expedited hearing on the motion for temporary restraining order.

4. Since that time, counsel for FinalForms has been in contact with Defendants, who have been cooperating with FinalForms to turn over custody of certain electronic devices so that FinalForms can conduct a forensic review.

4. As a result, at this time FinalForms does not intend to pursue a temporary restraining order or injunctive relief against Defendants.

5. FinalForms submits this Notice to apprise the Court that the necessity for the July 3 status conference has been mooted by Defendants' cooperation.

6. Should the need for court intervention arise, FinalForms will promptly notify the Court.

WHEREFORE, FinalForms respectfully requests that this Court enter an Order cancelling the Status Conference currently scheduled for July 3, 2025.

Dated: July 2, 2025         Respectfully submitted,

By: */s/ Christopher P. Schueller*
Christopher P. Schueller (OH 0086170)
christopher.schueller@bipc.com
Erin J. McLaughlin (PA 202044)
(*to be admitted Pro Hac Vice*)
erin.mclaughlin@bipc.com
Nicholas J. Bell (PA 307782)
(*to be admitted Pro Hac Vice*)
nicholas.bell@bipc.com

BUCHANAN INGERSOLL & ROONEY PC
Union Trust Building, Suite 200
501 Grant Street
Pittsburgh, PA 15219
Telephone: (412) 562-8800
Facsimile: (412) 562-1041
Email: nicholas.bell@bipc.com

*Attorneys for Plaintiff, BC Technologies Company d/b/a FinalForms*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2025, a true and correct copy of the above and foregoing document has been sent by certified mail to the following parties:

**Brian Gates**
4112 Kilbannon Way
Dublin, OH 43016

**Julia Gilliam**
5771 Longford Dr.
Dublin, OH 43016

**N.G., a minor**
c/o Julia Gilliam
5771 Longford Dr.
Dublin, OH 43016

By: */s/ Christopher P. Schueller*
Christopher P. Schueller (OH 0086170)