**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| BC TECHNOLOGIES COMPANY d/b/a FINALFORMS, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO. 1:25-cv-01361-CEF |
| BRIAN GATES, JULIA GILLIAM, and N.G., a minor, ) ) ) ) | JUDGE CHARLES E. FLEMING |
| Defendants. ) ) | |

## PLAINTIFF'S SECOND STATUS REPORT

Plaintiff BC Technologies Company d/b/a FinalForms (Plaintiff" or "FinalForms"), by and through its undersigned counsel, respectfully submits the following status report in accordance with the December 15, 2025, Minutes of Proceedings:

1. On June 30, 2025, FinalForms filed a Verified Complaint commencing this action, seeking in part to enjoin Defendants from maintaining, misusing or disclosing FinalForms' confidential and highly sensitive information of its customers and student accounts, or otherwise breaching their contractual, statutory and/or common law obligations to FinalForms.

2. On November 26, 2025, FinalForms filed a renewed Emergency Motion for Temporary Restraining Order and Preliminary Injunction in light of newly discovery evidence that it uncovered during expedited discovery.

3. On December 10, 2025, FinalForms filed a Motion for Status Conference requesting the Court to schedule a conference to discuss the recent developments in the case and FinalForms' pending motions.

4. On December 15, 2025, the Court held the status conference.

5. During the status conference, the Court directed the parties to confer and work out a joint proposed order to resolve issues raised in the pending TRO motions. The Court directed Plaintiff to file a status report by close of business on December 30, 2025, if the parties are unable to agree on a proposed order.

6. Since that time, FinalForms and Defendants have been working to reach an agreement on a joint proposed order.

7. To FinalForms' knowledge, Defendant N.G. is still not represented by counsel.

8. Defendant's mother, Julia Gilliam, has stated that she needs additional time to consider the proposed order because unidentified providers need to be available to explain the language of the proposed order to him.

9. Despite their ongoing efforts, the parties have been able to reach agreement on the language in the proposed order.

10. FinalForms therefore submits the attached proposed order for the Court's consideration.

WHEREFORE, FinalForms respectfully requests that this Court entered the attached proposed order.

Dated: December 30, 2025                Respectfully submitted,

                                                        **BUCHANAN INGERSOLL & ROONEY PC**

                                                        */s/ Nicholas J. Bell*
                                                        Christopher P. Schueller (OH 0086170)
                                                        christopher.schueller@bipc.com
                                                        Erin J. McLaughlin (PA 202044)
                                                        (*admitted Pro Hac Vice*)
                                                        erin.mclaughlin@bipc.com

Nicholas J. Bell (PA 307782)
(*admitted Pro Hac Vice*)
nicholas.bell@bipc.com

Union Trust Building, Suite 200
501 Grant Street
Pittsburgh, PA  15219
Telephone: (412) 562-8800
Facsimile: (412) 562-1041

*Attorneys for Plaintiff, BC Technologies Company d/b/a FinalForms*

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 30, 2025, a true and complete copy of the foregoing document was transmitted via CM/ECF to the Court for filing and was served upon the Defendants in a manner compliant with the Federal Rules of Civil Procedure.

> Brian Gates
> 4112 Kilbannon Way
> Dublin, OH 43016
>
> Julia Gilliam
> 5771 Longford Dr.
> Dublin, OH 43016
>
> N.G., a minor
> 5771 Longford Dr.
> Dublin, OH 43016

                                    By: */s/ Nicholas J. Bell*
                                             Nicholas J. Bell
                                             *Counsel for Plaintiff*