**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BC TECHNOLOGIES COMPANY d/b/a FINALFORMS, | ) ) | CASE NO. 1:25-cv-1361 |
| | ) | JUDGE CHARLES ESQUE FLEMING |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRIAN GATES, *et al.*, | ) | **ORDER TO SHOW CAUSE** |
| | ) | |
| Defendants. | ) | |
| | ) | |

On April 1, 2026, the Court ordered Defendants Brian Gates and Julia Gilliam (collectively, "Parent Defendants") to file an answer or otherwise respond to Plaintiff BC Technologies Company's Verified Complaint (ECF No. 1) by April 15, 2026. (ECF No. 35). The deadline has passed without Parent Defendants filing either an answer/response to the Verified Complaint or a motion requesting an extension of time. The Court notes that Parent Defendants have failed to comply with the Court's deadlines several times before. (*See* ECF Nos. 20, 23).

Accordingly, on or before close of business on April 29, 2026, Parent Defendants are **ORDERED** to show cause for their failure to comply with the Court's order and their failure to seek an extension of time as to the same. Failure to timely demonstrate good cause _**will**_ result in sanctions, which may include issuing default judgment or monetary sanctions against Parent Defendants without further notice. Counsel for Defendant N.G. shall immediately provide both Parent Defendants with a copy of this order via email.

1

**IT IS SO ORDERED.**

Date: April 20, 2026

_____

**CHARLES ESQUE FLEMING**
**UNITED STATES DISTRICT JUDGE**